1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. LOPEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CITY OF LONG BEACH; CITY OF LONG BEACH POLICE OFFICERS JOHN DOE CARILLO AND DOE DEFENDANTS 1 THROUGH 10, Inclusive,,<br><br>                    Defendants. | Case No.:  CV008-03666 JFW (JCx)<br>*(Exempt from Filing Fees pursuant to Government Code §6103)*<br><br><br>**PROTECTIVE ORDER**<br><br><br>Complaint Filed: June 4, 2008 |

It appearing that some information requested by the plaintiff from the Long Beach Police Department in this matter may constitute privileged official information and implicates the defendants' right of privacy, but is necessary for preparing for and/or prosecuting and/or defending the within action, and upon good cause showing,

**IT IS HEREBY ORDERED:**

1.  Attorneys for the parties shall receive from the City of Long Beach copies of the internal affairs files and files of the Citizen Police Complaint Commission concerning complaints made by Plaintiff as well as other complaints made by others as against Police Officer GABRIEL CARRILLO.

1

1

2

3      2.  Attorneys for the parties shall personally secure and maintain said copies in their

4    possession to the end that said copies are to be used only for the purposes set forth below

5    and for no other purpose. The documents subject to this Order shall be marked as

6    "Confidential."

7      3.  Copies of the records shall only be used for preparing for and prosecuting or

8    defending this case pending the completion of the judicial process including appeal, if any.

9      4.  If necessary in the judgment of the attorneys for the parties in this case, they may

10   show or reveal the contents of the copies to their employees or agents and parties, if the

11   same may actively assist in the prosecution or defense of this case.

12     5.  After completion of the judicial process in this case, attorneys for the parties

13   shall return the above-referenced records to the attorney for the City of Long Beach and

14   shall retain no copy of such material in any form.

15     6.  Attorneys for the parties shall cause the substance of this Order to be

16   communicated to each person to whom has access to the privileged information, and will

17   use direct such persons to act in accordance with this Order.

18     7.  The attorneys for the parties shall not cause or knowingly permit disclosure of

19   the contents of the copies beyond the disclosure permitted under the terms and conditions

20   of this Order, including but not limited to any news media which is inclusive of film or

21   video, television, radio or print.

22

23   DATED: <u>October 20, 2008</u>          /s/ Jacqueline Chooljian

                                              Honorable Jacqueline Chooljian
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2

PROTECTIVE ORDER

Lopez - Proposed Protective Order.wpd