JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Anthony D. Lopez, | ) | Case No. **CV 08-3666-JFW (JCx)** |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Officer Gabriel Carrillo, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, the action came on for trial on September 15, 16, and 17, 2009 before the Court and a jury, the Honorable John F. Walter, District Judge, presiding;

WHEREAS, the jury returned a verdict on September 18, 2009 in favor of Defendant Officer Gabriel Carrillo on the unreasonable detention and excessive force claims pursuant to 42 U.S.C. § 1983, which were the only federal claims preserved for trial against Defendant Officer Gabriel Carrillo;

WHEREAS, on September 18, 2009, the Court granted Plaintiff Anthony Lopez's motion to dismiss the *Monell* claim as alleged in the Third Cause of Action;

WHEREAS, after considering the values of economy, convenience, fairness, and comity, the Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over the remaining state law claims for relief for intentional infliction of emotional distress, assault, and battery, as alleged in the Fourth and Fifth Causes of Action, and dismisses those claims without prejudice;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Defendant Officer Gabriel Carrillo shall have judgment against Plaintiff Anthony Lopez on the unreasonable detention and excessive force claims alleged against him under 42 U.S.C. § 1983,

2. Plaintiff Anthony Lopez shall recover nothing from Defendant Officer Gabriel Carrillo; and

3. Defendant Officer Gabriel Carrillo shall recover from Plaintiff Anthony Lopez his costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: September 21, 2009 _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE